RICHARD A. HRICIK
LICENSED IN SC & OH
Richard@CharlestonLawyer.com

TRUSTED FOR PERSONAL INJURY &
BUSINESS LITIGATION SINCE 1993



THE LAW OFFICES OF
RICHARD A. HRICIK, P.A.
www.CharlestonLawyer.com

941 HOUSTON NORTHCUTT BLVD.
SUITE 204
MOUNT PLEASANT, SC 29464

PH. 843.849.0136    Fax 843.216.1914

**CLIENT:** Estate of Calvin Witherspoon
**DOI:** 1/15/2019
**CAPTION:** Witherspoon v. CHA (*42 USC 1983*)

| | | | |
|---|---|---|---|
| **Gross Settlement Proceeds - Wrongful Death Claim** | | | $ 2,000,000.00 |
| **LESS: Attorney Fee** | | | $ (800,000.00) |
| Richard A. Hricik, PA | | $ (400,000.00) | |
| Pangia Law Group | | $ (400,000.00) | |
| | SUBTOTAL | | $ 1,200,000.00 |
| **LESS: Expenses Advanced** | | | |
| | RAH Law | $ (5,521.00) | |
| **LESS: Total Expenses:** | | | $ (5,521.00) |
| | SUBTOTAL: | | $ 1,194,479.00 |
| **LESS: PR Fee - D. Washington - 5%** | | | $ (100,000.00) |
| **NET SETTLEMENT** | | | **$ 1,094,479.00** |

**Statutory Beneficiaries**

| | | |
|---|---|---|
| *Surviving Spouse - 50%* | $ | 597,239.50 |
| *Children - 50%* | $ | 597,239.50 |
| 4 Children = 12.5% per child | $ | 149,309.88 |

Exhibit A- Disbursement and Allocation of Proceeds